| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| | ARJUN P. RAO (State Bar No. 265347) |
| 2 | MARCOS D. SASSO (State Bar No. 228905) |
| | 2029 Century Park East, 18th Floor |
| 3 | Los Angeles, California  90067-3086 |
| | Telephone: 310-556-5800 |
| 4 | Facsimile: 310-556-5959 |
| 5 | Attorneys for Defendant |
| | CITIBANK, N.A. |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAMOS, | ) Case No. **'22CV2077 LL    WVG** |
| | ) |
| Plaintiff, | ) |
| | ) **NOTICE OF REMOVAL** |
| v. | ) |
| | ) |
| CITIBANK, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DOES 1 through 10, inclusive, | ) Pursuant to 28 U.S.C. Sections 1331, 1441, and 1446 |
| | ) |
| Defendants. | ) |

NOTICE OF REMOVAL

LA 52725059

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT**, pursuant to Sections 1441(a) and 1331 of Title 28 of the United States Code, defendant Citibank, N.A. ("Citibank"), hereby removes the action entitled <u>Ramos v. Citibank, N.A.</u>, Superior Court of the State of California for the County of San Diego Case No. 37-2022-00045424-CU-NP-CTL (the "Action"), to the United States District Court for the Southern District of California on the following grounds:

1. <u>Removal Is Timely</u>. On November 3, 2022, plaintiff Daniel Ramos ("Plaintiff") filed the Complaint, which Plaintiff served on Citibank using certified mail on November 30, 2022. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings, process and orders served on Citibank in the Action, including the Summons and Complaint, are attached hereto respectively as Exhibits **A** and **B**. Citibank has timely filed this Notice of Removal within thirty days of service of the Complaint. <u>See</u> 28 U.S.C. § 1446(b). On December 29, 2022, Citibank filed it's Answer to the Complaint. <u>See</u> Ex. **C**.

2. <u>The Court Has Jurisdiction Over the Action</u>. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1331 and is one which may be removed to this Court by Citibank pursuant to the provisions of 28 U.S.C. § 1441(a).

3. Pursuant to 28 U.S.C. § 1331, original jurisdiction of the district courts includes jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." "An action may 'arise under' a law of the United States if the plaintiff's right to relief necessarily turns on construction of federal law." <u>Bright v. Bechtel Petroleum, Inc.</u>, 780 F.2d 766, 769 (1986) (citing <u>Franchise Tax Bd. of Cal. v. Constr. Laborer's Vacation Trust</u>, 463 U.S. 1, 9 (1983)). Stated differently, claims "arise under" federal law when a "well-pleaded complaint establishes . . . that the plaintiff's right to relief necessarily depends on resolution of

a substantial question of federal law, in that federal law is a necessary element of one of the well-pleaded . . . claims." <u>Christianson v. Colt Indus. Operating Corp.</u>, 486 U.S. 800, 808 (1988) (quoting <u>Franchise Tax Bd.</u>, 463 U.S. at 13, 27–28) (internal quotation marks and citations omitted).  Here, Plaintiff has alleged a violation of the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, a claim that is created by, and arises under, federal law.  Thus, the removal is proper.

4. <u>The Court Has Supplemental Jurisdiction Over the State Law Claims</u>.  To the extent any other claims in the Action arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. §§ 1367 and 1441(c), because those claims are so related to the federal claim under 15 U.S.C. § 1681 that they form part of the same case or controversy.

5. <u>Venue Is Proper In This Court</u>.  This Court is the proper district court for removal because the Superior Court of the State of California for the County of San Diego is located within the United States District Court for the Southern District of California.  <u>See</u> 28 U.S.C. § 1441(a).

6. <u>Notice Will Be Effected</u>.  Citibank simultaneously is filing a copy of this Notice of Removal with the Superior Court of the State of California for the County of San Diego.  Citibank will serve Plaintiff with copies of this Notice of Removal and the Notice filed in state court.

7. <u>All Served Defendants Consent To This Removal</u>.  Pursuant to 28 U.S.C. § 1446(b)(2), only served defendants must consent to removal.  <u>See</u> 28 U.S.C. § 1446(b)(2); <u>Salveson v. W. States Bankcard Ass'n</u>, 731 F.2d 1423, 1429-30 (9th Cir. 1984) (superseded by statute on other grounds).  Here, all served Defendants hereby consent to this Notice of Removal.  <u>See</u> Exhibits **D** and **E**.  On information and belief, Defendant Experian Information Solutions, Inc. has not been served as of the date of this Notice of Removal.

///

///

Dated: December 30, 2022     STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO
MARCOS D. SASSO

By:     */s/ Marcos D. Sasso*
        Marcos D. Sasso

Attorneys for Defendant
CITIBANK, N.A.

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA 90067-3086

- 3 -

NOTICE OF REMOVAL

LA 52725059

# CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2022 a copy of the foregoing **NOTICE OF REMOVAL** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                       */s/ Marcos D. Sasso*
                                                                          Marcos D. Sasso

*Via U.S. Mail:*

Todd M. Friedman, Esq.
Adrian R. Bacon, Esq.
Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Email(s): tfriedman@toddflaw.com;
abacon@toddflaw.com