UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAMOS,<br><br>            Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., ET AL.,<br><br>            Defendants. | Case No.:  22cv2077-LL-VET<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

On December 10, 2024, the Court ordered Plaintiff Daniel Ramos to show cause on or before December 13, 2024 why this action should not be dismissed for failure to prosecute. ECF No. 40. The Court explicitly cautioned Plaintiff that "if no response or action is taken, the Court will dismiss the entire action." *Id.* To date, Plaintiff has not filed a response, nor has he requested an extension of time in which to do so. *See generally* Docket. Accordingly, for the reasons discussed in the Court's Order to Show Cause at ECF No. 40, the Court **DISMISSES WITHOUT PREJUDICE** this action pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court shall **CLOSE** this case.

   **IT IS SO ORDERED**.

Dated:  December 18, 2024

_____
Honorable Linda Lopez
United States District Judge